United States District Court
Middle District of Florida
Jacksonville Division

**GWENNETTE JONES,**

***Plaintiff,***

**v.** **NO. 3:26-cv-538-WWB-PDB**

**GILDAN DISTRIBUTION JACKSONVILLE, FLORIDA,**

***Defendant.***

---

# Order

By **October 7, 2026**, the plaintiff must take three actions. First, she must complete the two required forms for service of process: (1) a summons in a civil action form (AO 440) and (2) a process receipt and return form (USM-285). The forms are attached. Second, the plaintiff must deliver to the clerk's office, by hand or by U.S. Mail (300 North Hogan Street, Room 9-150, Jacksonville, FL 32202), the completed forms and a copy of the amended complaint. Upon receipt of the papers from the plaintiff, the clerk must issue the summons and forward the papers to the United States Marshal for service of process. Third, the plaintiff must file a disclosure statement as required by Local Rule 3.03. The required form is in the "forms" section of the court's website, www.flmd.uscourts.gov/forms/all.

To properly effectuate service, the plaintiff must serve the defendant's registered agent. When completing the forms, the plaintiff must direct the United States Marshal to serve the defendant in care of ("c/o") "an officer, a managing or general agent, or any other agent authorized by appointment or

by law to receive service of process." *See* Fed. R. Civ. P. 4(h)(1)(B) (quoted). A company's registered agent can usually be determined from Florida's Division of Corporations website, https://dos.fl.gov/sunbiz/search/. The proposed summons submitted with the original complaint is not addressed to the defendant. *Compare* Doc. 9 (amended complaint naming "Gildan Distribution Jacksonville, Florida" as the defendant), *with* Doc. 1-3 (proposed summons identifying "Gildan Services (USA) Inc." as the defendant).

The court sua sponte **extends** the deadline for service of process to allow the United States Marshal sufficient time to serve the defendant. The United States Marshal must serve on the defendant the completed summons, a copy of the amended complaint, and this order by **November 13, 2026**.

If the plaintiff fails to timely comply with this order, the undersigned may recommend dismissal, which would operate as a dismissal with prejudice if the statute of limitations has run on her claims.

The plaintiff is reminded that she must comply with the district judge's standing order entered on January 13, 2021 (requiring papers to be in at least 12-point Arial typeface). The standing order is available on the court's website, www.flmd.uscourts.gov/sites/flmd/files/documents/flmd-berger-standing-order-on-revised-local-rules-6-21-mc-3-orl-78.pdf.

**Ordered** in Jacksonville, Florida, on September 14, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*

Attachments:
Form AO 440
Form USM-285

Copy to:
Gwennette Jones
400 Century 21 Dr., Apt. B223
Jacksonville, FL 32216