United States District Court
Middle District of Florida
Jacksonville Division

**GWENNETTE JONES,**

***Plaintiff,***

**v.** **NO. 3:26-cv-538-WWB-PDB**

**GILDAN DISTRIBUTION JACKSONVILLE, FLORIDA,**

***Defendant.***

---

## Order

In a September 14, 2026, order, the undersigned directed the plaintiff to take three actions by October 7, 2026: (1) complete the two required forms for service of process, (2) deliver the completed forms to the clerk's office, and (3) file a disclosure statement as required by Local Rule 3.03. Doc. 10. The clerk mailed the order and service forms to the plaintiff the same day. The mail has not been returned as undeliverable. Since the undersigned's order, the plaintiff has filed nothing.

"A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Local Rule 3.10.

By **November 12, 2026**, the plaintiff must (1) show cause by separate writing why the action should not be dismissed for failure to prosecute, and (2) comply with the directives in the September 14 order, *see* Doc. 10.

**If the plaintiff fails to timely comply with this order, the action may be dismissed for failure to prosecute and failure to comply with court orders, which would operate as a dismissal with prejudice if the statute of limitations has run on her claims.**

**Ordered** in Jacksonville, Florida, on October 19, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*

c: Gwennette Jones
400 Century 21 Dr., Apt. B223
Jacksonville, FL 32216